IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03449-AP

CHRISTIAN J. KIMBROUGH,

       Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

                                      For Plaintiff:
                                      GAIL C. HARRISS
                                      450 S. Camino del Rio, Suite 201
                                      Durango, CO 81301
                                      Telephone: (970) 247-4411
                                      Gharriss@harrisslaw.com

                                      For Defendant:
                                      JOHN F. WALSH
                                      United States Attorney

                                      J. BENEDICT GARCÍA
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      District of Colorado

                                      THOMAS H. KRAUS
                                      Special Assistant United States Attorney
                                      Social Security Administration, Region VIII
                                      Office of the General Counsel
                                      1961 Stout St., Ste. 4169
                                      Denver, CO 80294-4003
                                      Telephone: (303) 844-0017
                                      tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 12/20/13

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 1/13/14

    C.    **Date Answer and Administrative Record Were Filed:** 3/11/14

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

A.    **Plaintiff's Statement:** None anticipated.

B.    **Defendant's Statement:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

No prior appeals have been filed to U.S. district court in this matter.

**8. BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

    A.    **Plaintiff's Opening Brief Due:** 5/21/14

    B.    **Defendant's Response Brief Due:** 6/25/14

    C.    **Plaintiff's Reply Brief (If Any) Due:** 7/25/14

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**  Oral Argument is not requested.

    B.    **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

    DATED this 31st day of March, 2014.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Gail C. Harriss<br>GAIL C. HARRISS<br>450 S. Camino del Rio, Suite 201<br>Durango, CO 81301<br>Telephone: (970) 247-4411<br>Gharriss@harrisslaw.com<br><br>Attorney for Plaintiff | JOHN F. WALSH<br>UNITED STATES ATTORNEY<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>By: THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>Social Security Administration, Region VIII<br>Office of the General Counsel<br>1961 Stout St., Ste. 4169<br>Denver, CO 80294-4003<br>Telephone: (303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |